IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.        Erie |
| | ) | (18 U.S.C. §§ 231(a)(3) and 2; 26 U.S.C. |
| | ) | § 5861(d)) |
| TYVARH NICHOLSON | ) | |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about May 30, 2020, in the Western District of Pennsylvania, the defendant, TYVARH NICHOLSON, did commit and attempt to commit an act to obstruct, impede and interfere with a law enforcement officer lawfully engaged in the lawful performance of the officer's official duties, incident to and during the commission of a civil disorder which obstructed, delayed and adversely affected commerce and the movement of articles and commodities in commerce, to wit: the defendant, TYVARH NICHOLSON, incident to and during the commission of a civil disorder in the vicinity of downtown Erie, which disorder obstructed, delayed and adversely affected the interstate commerce activities of nearby business establishments and the movement of articles and commodities in commerce, did knowingly and willfully throw objects and projectiles at police officers, causing the obstruction, impediment and interference of law enforcement officers engaged in the lawful performance of their official duties.

In violation of Title 18, United States Code, Sections 231(a)(3) and 2.

**FILED**

SEP 8 2020

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## COUNT TWO

The grand jury further charges:

On or about May 30, 2020, in the Western District of Pennsylvania, the defendant, TYVARH NICHOLSON, did knowingly and unlawfully possess firearms, as defined in Title 26, United States Code, Section 5845(a), namely, destructive devices, as defined in Title 26, United States Code, Section 5845(a)(8), which were not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Section 5861(d).

A True Bill,

_____
Foreperson

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352