## CRIMINAL CASE INFORMATION SHEET

Pittsburgh _____      Erie __X__      Johnstown _____

Related to No. _____  Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. _X_ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name:                       Tyvarh Nicholson

Is Indictment waived:      ____ Yes     _X_ No

Pretrial Diversion:        ____ Yes     _X_ No

Juvenile proceeding:       ____ Yes     _X_ No

Defendant is:              _X_ Male     ____ Female

Superseding Indictment or Information   ____ Yes     _X_ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on governments' motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred:      Erie

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | 5/30/20 | |
| Defendant: | __X__ is in custody | _____ is not in custody |
| Name of Institution: | Erie County Prison | |
| Custody is on: | _____ this charge | __X__ another charge |
| | _____ another conviction | |
| | __X__ State | _____ Federal |
| Detainer filed: | _____ yes | __X__ no |
| Date detainer filed: | | |
| Total defendants: | 1 | |
| Total counts: | 2 | |
| Data below applies to defendant No.: | 1 | |
| Defendant's name: | Tyvarh Nicholson | |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. §§ 231(a)(3) and 2 | Obstruction of law enforcement during civil disorder | XX | |
| 2 | 26 U.S.C. § 5861(d) | Possession of an unregistered firearm/destructive device | XX | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: _____

CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013