IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

TYVARH NICHOLSON

Criminal No. 20-40   Erie

## ARRAIGNMENT PLEA

Defendant Tyvarh Nicholson

being arraigned, pleads __Not Guilty__

in open Court this __13th__ day of

__October__, 20 __20__

_Tyvarh Nicholson by RAL_
(Defendant's Signature)

_Ryan M[...]_
(Attorney for Defendant)