IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>       Plaintiff )<br>       )<br>   v. )<br>       )<br>TYVARH NICHOLSON )<br>       Defendant ) | Case No. 1:20-cr-40 |

I understand that I have the right to a detention hearing in connection with the federal charges that have been brought against me.

I hereby waive my right to a detention hearing at this time reserving the right to request a detention hearing if and when the issue becomes relevant.

*Tyvarh Nicholson by RAL*
DEFENDANT

*Ryan Mergl*
COUNSEL FOR DEFENDANT

DATE: *October 13, 2020*

ORDER

AND NOW, this 13th day of October, 2020;

IT IS HEREBY ORDERED that the government's motion for detention is granted pending further consideration if and when the issue of bail becomes relevant.

*Richard A. Lanzillo*
RICHARD A. LANZILLO
United States Magistrate Judge