**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| USA,       Plaintiff, <br><br> vs. <br><br> TYVARH NICHOLSON       Defendant. | Case Number: 20-40 ERIE |

**PLACEHOLDER FOR HIGHLY SENSITIVE DOCUMENT (HSD)**

**TITLE OF DOCUMENT:**

SEALED PLEA SUPPLEMENT

**IMPORTANT: YOU MAY NOT COPY, SCAN, OR EMAIL HIGHLY SENSITIVE DOCUMENTS**